No Amentine                    No Amendes

Michael Scott (C93677)

FILED

Case No 420 cv 0026 JLK
2022 FEB -2 PM 6:09
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA                22cv70-SPC-MRM

(All Finalls) Idainy He [illegible] Ray [illegible] and Chulecte [illegible] (Alloz) maybe

Defendant 3 Slander

Can There Be a S.I.S. order to stop Charleotte and All FL Prison Frusters [illegible] can court hand Scot's Asking Ray (Federici) AKA David Daniels (Marks) or Owens are (Devin Derrick) which may be his (Real Name) and is Aided By [illegible] Last Name (Evan Daniels Sanders) on [illegible] Moody Street [illegible] and maybe is Helpped (Raphael Dupue Scott) (Rigel) or (Knox) maybe Her Name is (Cats) Is [illegible] he says Its his condition of obsession with pretending and Incompetence Issue occurred and maybe have Party at my Dads Sister Pauline Brown (gordan) or (Collens) in there at a Nrh Location I ask 49,000 $ from them and Hell care Hode them and well, (Ennis) and Bob who may be at (201 SE 6th Street Fulwin FL 334ll 701 (Clematis Street [illegible] Palm Bch) FL 324 ll and if not they are at Near My Hotels Cars Dealers or (Luxury Mansions or other Lacons Near (Disney Company) (Feel) (N J Setz) Brevard Broadcasters are trying to find the [illegible] of the Real Defendants who are Helped By (Amel Holton) Alson (or Her Friend on Showtown showtown's) (Jennifer Scott) Storm Browns (Cheryl & Tamyn Mash) with them (Elizabeth Edwards) This is All amount needed to get legal counsel and legal other Amounts that maybe from my soft water & Hair wear (clothing and, sand paper) Hero productions or Broy maze (production) (Daredevil) and and recipes of (cobblers) (Puddings) and (Pies) Also Donuts (cookies) and other Pops that Sell and my investment Release of Welfare Citizens Benefit wear for need most at circle, In Business (own) (credit) Adicte and other that I charge a fee because that is known and All People can Deposit in turn my Japan L93677 account and The rest into my 25058000 Refer com acnts onky account in (Perm Spring) FL or (Lake [illegible]) FL and Here France (means also clearing) (Ardaya (India))